RECEIVED

SEP 0 2 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ANGELA DENISE SMITH | CIVIL ACTION NO. 09-1135 |
| VERSUS | DISTRICT JUDGE JAMES T. TRIMBLE JR |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Smith's appeal is DENIED and DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 2nd day of September 2010.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE